IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD GEORGE,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>  Defendant. | No. C07-01369 MJJ<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO RECONSIDER THE ORDER GRANTING SUMMARY JUDGMENT** |

Before the Court is Plaintiff's Motion to Reconsider the Order Granting Summary Judgment ("Motion for Reconsideration"). (Docket No. 30.) On August 13, 2007, the Court granted Defendant's Motion for Summary Judgment and on August 16, 2007 the Court entered judgment against Plaintiff. (Docket Nos. 24, 28.) Plaintiff filed this Motion for Reconsideration on September 13, 2007. Pursuant to Civil Local Rule 7-9, a motion for reconsideration must be filed before the entry of judgment. The Court, therefore, **DENIES** Plaintiff's Motion for Reconsideration.

**IT IS SO ORDERED.**

Dated: October 2, 2007

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE